73,178-13

## IN THE
## COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

EX PARTE

ALBERT RANDOLPH

Cause No.: 114-2075-07

### MOTION FOR LEAVE TO FILE AN SUBSEQUENT
### APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES, Albert Randolph, Applicant pro se by and through himself in the above styled and numbered cause, respectfully moves this Honorable Court, requesting the Court to order the District Clerk, Lois Rogers, of Smith County, Texas to immediately transmit the Applicant's Writ of Habeas Corpus Application and its attachments to this Court for further action:

### I.

Applicant's Writ of Habeas Corpus Application was filed with the District Court on July 22, 2015.

### II.

Applicant has not receive an response from the District Attorney, and no order from the trial Court.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

## III.

The statute does not supply authority to the trial court to extend the time limitation imposed by Article 11.07 § 3, Texas Code of Criminal Procedure.

## IV.

Article 11.07 imposes a duty upon the Clerk of the court to immediately transmit to this Court the Writ of Habeas Corpus Application after the time of limitation, 35 days, has expired.

## PRAYER

WHEREFORE, Applicant prays this Honorable Court will grant his Motion

Respectfully submitted,

Albert Randolph

TDCJ-ID: 1502696

BETO UNIT

1391 FM 3328

Tennessee Colony, Tx. 75880